**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEBRA FRAZIER, et al. | : | CIVIL ACTION |
| | : | DOCKET NO.: 2:17-cv-05421 |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | **JURY TRIAL OF TWELVE (12)** |
| | : | **JURORS DEMANDED** |
| Defendants. | : | |

## STIPULATION

AND NOW this 12th day of February, 2018, it is hereby STIPULATED and AGREED,

by and between the parties, through their undersigned counsel, that Plaintiffs' deadline to

respond/amend to the Motion to Dismiss Plaintiff's Complaint filed by defendants, is enlarged to

expire on Tuesday, February 27, 2018.

/s/ *Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
WEISBERG LAW
7 South Morton Avenue
Morton, PA 19070
(610) 690-0801
mweisberg@weisberglawoffices.com
*Attorney for Plaintiffs*

/s/ *Christopher Rider (with permission)*
Christopher Rider, Esquire
Philadelphia Law Department
1515 Arch Street – 16th Floor
Philadelphia, PA 19102
(215) 683-5082
Christopher.rider@phila.gov
*Attorney for Defendants*

**AND IT IS SO ORDERED.**

_____ J.