# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg\*^*
L. Anthony DiJiacomo~
David A. Berlin^
Robert P. Cocco~+
Gary Schafkopf^+
Brian Mildenberg~+
Marc Weisberg~+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site:  www.weisberglawoffices.com
E-Mail:  mweisberg@weisberglawoffices.com

Tuesday, August 21, 2018

**VIA ECF**
Honorable Wendy Beetlestone

    RE:    Frazier v. City of Philadelphia
             U.S. District Court | Eastern District of Pennsylvania
             No. 17-cv-5421

Your Honor:

Pending before this Honorable Court is the above-captioned matter. The undersigned represents Plaintiffs.

Plaintiffs' respectfully request a teleconference with Your Honor to resolve a discovery dispute:

Plaintiffs propounded supplemental discovery requests attached hereto as Exhibit A. In pertinent partial response, defendants objected as indicated in the attached Exhibit B.

Plaintiffs respectfully request this Honorable Court overrule Defendants' objections thereby compelling defendants to respond. If the aforesaid request by plaintiffs is granted, plaintiffs additionally request a thirty (30) day adjournment of the discovery deadline so to accommodate those supplemental responses and any discovery therefrom. Attached is a proposed order for Your Honor's consideration.

Towards the above end (i.e., defendants' objections), plaintiffs complain individual defendants' civil-rights liability for internal police misconduct. However, defendants object to those supplemental discovery requests seeking to prove plaintiffs' claims. Plaintiffs respectfully suggest defendants' objections inappropriate.

      Plaintiffs thank this Honorable Court for its consideration of this request for a teleconference towards entry of the attached proposed order. Of course, if Your Honor requires anything further, plaintiffs will abide this Court's directive.

                                        Sincerely,

                                        /s/ Matthew B. Weisberg
                                      MATTHEW B. WEISBERG

MBW/hcm
Enclosures
Cc: Christopher H. Rider, Esq. (via ECF w/encl.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA FRAZIER, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO.: 2:17-cv-05421 |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## ORDER

AND NOW this _____ day of _____, 2018, upon consideration of Plaintiffs' Request for a Teleconference re: Discovery Dispute, and any response thereto, and a Conference having been held thereupon, it is hereby ORDERED and DECREED that Defendants' objections to Plaintiffs' supplemental discovery requests are OVERRULED, and Defendants shall provide those responses within seven (7) days from the date of entry of this Order.

The scheduling order is VACATED so to extend the discovery deadline by thirty (30) days therefrom its original date.

**AND IT IS SO ORDERED.**

_____
Hon. Wendy Beetlestone