IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA FRAZIER, LAVERNE VANN, ANTHONY BURTON, SHAMAL BRYANT, THE GUARDIAN CIVIC LEAGUE, PHILADELPHIA CHAPTER OF THE NATIONAL ASSOCIATION OF BLACK LAW ENFORCEMENT OFFICERS,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF PHILADELPHIA, CHIEF INSPECTOR ANTHONY BOYLE, RAYMOND EVERS AND JOHN DOES #1-100,<br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 17-5421<br><br>FILED<br>SEP 26 2018<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

## ORDER

**AND NOW**, this 26th day of September, 2018, upon consideration of Plaintiffs' Motion to Compel Defendants' Response to Plaintiffs' Supplemental Discovery Requests (ECF No. 29), **IT IS ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Plaintiffs shall file a new motion within two weeks (14 days) of this order, and include citation to legal authority. Defendants shall respond within one week (7 days) of the filing of Plaintiffs' motion.

BY THE COURT:

_/s/ Wendy Beetlestone_
WENDY BEETLESTONE, J.