IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA FRAZIER, LAVERNE VANN, ANTHONY BURTON, SHAMAL BRYANT, THE GUARDIAN CIVIC LEAGUE, PHILADELPHIA CHAPTER OF THE NATIONAL ASSOCIATION OF BLACK LAW ENFORCEMENT OFFICERS, <br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, CHIEF INSPECTOR ANTHONY BOYLE, RAYMOND EVERS AND JOHN DOES #1-100, <br> Defendants. | CIVIL ACTION <br><br> NO. 17-5421 |

### ORDER

**AND NOW**, this 11th day of October, 2018, upon review of the Joint Letter submitted by the parties and dated October 9, 2018 (ECF # 34) it is hereby **ORDERED** as follows:

A. The parties are referred to Magistrate Judge Richard A. Lloret for a Settlement Conference. The parties shall contact Magistrate Judge Lloret to schedule the Conference.

B. All case deadlines are stayed pending the completion of the Settlement Conference.

C. In the event the matter is not resolved at the Settlement Conference, the parties shall, upon completion of the Settlement Conference, submit a Status Report as to open discovery issues and Plaintiffs shall file their renewed Motion to Compel if all discovery issues (including the status of the IA- Impact files) are not resolved within fourteen days thereafter.

BY THE COURT:

**WENDY BEETLESTONE, J.**