IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA FRAZIER, et al | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-cv-05421-WB |
| CITY OF PHILADELPHIA et al | : | |
| Defendants. | : | |

## NOTICE

A settlement conference will be held on **November 2, 2018** at **10:00 a.m.**, before the Honorable Richard A. Lloret, United States Magistrate Judge. Please report to the **James A. Byrne U.S. Courthouse**, **601 Market Street, Room 4006 (Chambers), Philadelphia, PA 19106**. A status telephone call will be held one week before on **October 26, 2018** at **10:00 a.m.** Plaintiff's counsel shall initiate the call to chambers (267-299-7410) once all defense counsel are on the line.

- **Plaintiff(s) must make a demand no later than two weeks before the settlement conference. Defendant(s) must make an offer no later than one week before the conference.**

- **Please notify the court by joint telephone conference one week before the conference if settlement is not a real possibility**, **for example, if the defendant will not make an offer or will offer only nuisance value.**

- **Counsel is responsible to have clients with <u>full settlement authority</u> physically present for the duration of the conference.**[1] **A call for additional authority to settle ordinarily means that the in-person representative did not have full settlement authority.**

Please complete the attached summary and e-mail it to Chambers at sheila_mccurry@paed.uscourts.gov on or before **October 26, 2018 (one week prior to the settlement conference).**

                                                   */s/ Sheila McCurry*
                                                   SHEILA MCCURRY
                                                   Courtroom Deputy to the
                                                   Honorable Richard A. Lloret
                                                   U.S. Magistrate Judge
                                                   267-299-7410

**Date:** October 16, 2018

---

[1] Each entity with an interest in the case (for instance, an insurance company *and* the insured) must have a person with full settlement authority in attendance.

## SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____   JURY / NONJURY
(Circle One)

      TRIAL/POOL DATE: _____

COUNSEL ATTENDING THE SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____

    Client: _____

CLIENT ATTENDING THE SETTLEMENT CONFERENCE:

    Name of the person with full settlement authority who will be present at the settlement conference (include the person's company and position where applicable):

_____

MOTIONS PENDING:

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

DEMAND AND OFFER:

_____

_____

ATTACH A **ONE PAGE** SYNOPSIS OF THE CASE.