IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA FRAZIER, et al. | : | CIVIL ACTION |
| | : | DOCKET NO.: 2:17-cv-05421 |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | **JURY TRIAL OF TWELVE (12)** |
| | : | **JURORS DEMANDED** |
| Defendants. | : | |

## STIPULATION

AND NOW, this 13th day of November, 2018, it is hereby STIPULATED and AGREED, by and between all parties, by and through their Status Report and undersigned counsel, that Plaintiffs' deadline to file their renewed Motion to Compel, if any, is enlarged seven (7) days from the date of entry of the below Order.[1]

/s/ *Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
WEISBERG LAW
7 South Morton Avenue
Morton, PA 19070
(610) 690-0801
mweisberg@weisberglawoffices.com
*Attorney for Plaintiffs*

/s/ *Christopher Rider*
Christopher Rider, Esquire
Philadelphia Law Department
1515 Arch Street – 16th Floor
Philadelphia, PA 19102
(215) 683-5082
Christopher.rider@phila.gov
*Attorney for Defendants*

**AND IT IS SO ORDERED.**

_____, J.

---

[1] After parties' Settlement Conference, Defendants tendered voluminous documentary responses -- requiring Plaintiffs' detailed review.