**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEBRA FRAZIER, et al. | : | CIVIL ACTION |
| | : | DOCKET NO.: 2:17-cv-05421 |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | **JURY TRIAL OF TWELVE (12)** |
| | : | **JURORS DEMANDED** |
| Defendants. | : | |

## STIPULATION

AND NOW, this 20th day of November, 2018, it is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that Plaintiffs' deadline to file their renewed Motion to Compel, if any, and Status Report, is enlarged to: November 28, 2018.

| | |
|---|---|
| */s/ Matthew B. Weisberg* | */s/ Christopher Rider* |
| Matthew B. Weisberg, Esquire | Christopher Rider, Esquire |
| WEISBERG LAW | Philadelphia Law Department |
| 7 South Morton Avenue | 1515 Arch Street – 16th Floor |
| Morton, PA 19070 | Philadelphia, PA 19102 |
| (610) 690-0801 | (215) 683-5082 |
| mweisberg@weisberglawoffices.com | Christopher.rider@phila.gov |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

**AND IT IS SO ORDERED.**

_____,J.