# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRA FRAZIER, LAVERNE VANN, ANTHONY BURTON, SHAMAL BRYANT, THE GUARDIAN CIVIC LEAGUE, PHILADELPHIA CHAPTER OF THE NATIONAL ASSOCIATION OF BLACK LAW ENFORCEMENT OFFICERS,** <br> **Plaintiffs,** <br><br> v. <br><br> **CITY OF PHILADELPHIA, CHIEF INSPECTOR ANTHONY BOYLE, RAYMENT EVERS AND JOHN DOES #1-100,** <br> **Defendants.** | **CIVIL ACTION** <br><br> **NO. 17-5421** |

## O R D E R

**AND NOW**, this 13th day of December, 2018, upon consideration of Plaintiffs' Supplemental Motion to Compel (ECF No. 49), **IT IS ORDERED** that Defendants shall file a response no later than December 17, 2018.

                                              **BY THE COURT:**

                                              /s/Wendy Beetlestone, J.

                                              **WENDY BEETLESTONE, J.**