## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBRA FRAZIER, LAVERNE VANN,
SHAMAL BRYANT,
      **Plaintiffs,**

v.

CITY OF PHILADELPHIA, CHIEF
INSPECTOR ANTHONY BOYLE,
RAYMOND EVERS AND JOHN DOES
#1-100,
      **Defendants.**

**CIVIL ACTION**

**NO. 17-5421**

## O R D E R

**AND NOW**, this 25th day of February, ~~2019,~~ 2020 upon consideration of Defendant Raymond Evers' Motion for Summary Judgment (ECF No. 70) and Defendant's Reply in Support (ECF No. 85); Defendant Anthony Boyle's Motion for Summary Judgment (ECF No. 72) and Reply in Support (ECF No. 83); Defendant City of Philadelphia's Motion for Summary Judgment (ECF No. 73) and Reply in Support (ECF No. 87); and Plaintiffs' Omnibus Response in Opposition (ECF No. 76) and Omnibus Sur-Reply in Opposition (ECF No. 92), Defendants' motions are **GRANTED IN PART** and **DENIED IN PART** as follows:

Defendant Raymond Evers' Motion to Dismiss:

1. 42 U.S.C. § 1983 Claim:

    a. **GRANTED** as to Plaintiffs Debra Frazier and Shamal Bryant. These claims are **DISMISSED WITH PREJUDICE.**

    b. **DENIED** as to Plaintiff Laverne Vann.

2. Pennsylvania Whistleblower Claim:

    a. **GRANTED** as to Plaintiffs Debra Frazier and Shamal Bryant. These claims are **DISMISSED WITH PREJUDICE.**

    b. **DENIED** as it pertains to Plaintiff Laverne Vann.

Defendant Anthony Boyle's Motion to Dismiss:

1. 42 U.S.C. § 1983 Claim:

    a. **GRANTED** as to Plaintiff Bryant. This claim is **DISMISSED WITH PREJUDICE**.

    b. **DENIED** as to Plaintiffs Frazier and Vann.

2. Pennsylvania Whistleblower Claim:

    a. **GRANTED** as to Plaintiff Bryant. This claim is **DISMISSED WITH PREJUDICE**.

    b. **DENIED** as to Plaintiffs Frazier and Vann.

Defendant City of Philadelphia's Motion to Dismiss:

1. 42 U.S.C. § 1983 Claim is **GRANTED** as it pertains to all Plaintiffs. These claims are **DISMISSED WITH PREJUDICE**.

2. Pennsylvania Whistleblower Claim:

    a. **GRANTED** as it pertains to Plaintiff Bryant. This claim is **DISMISSED WITH PREJUDICE**.

    b. **DENIED** as it pertains to Plaintiffs Frazier and Vann.

BY THE COURT:

**WENDY BEETLESTONE, J.**