## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA FRAZIER, LAVERNE VANN and SHAMAL BRYANT, <br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, CHIEF INSPECTOR ANTHONY BOYLE, RAYMOND EVERS AND JOHN DOES #1-100, <br> Defendants. | CIVIL ACTION <br><br><br> NO.  17-5421 |

## ORDER

**AND NOW**, this 9th  day of April, 2024, It has been reported that the issues between the parties in the above action have been settled and upon order of the court pursuant to the provisions of rule 41.1(b) of the local rules of civil procedure of this court, it is ordered that the above action is dismissed with prejudice, by agreement of counsel, without costs.

The Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**